James M. Hunter

v.

Ella B. Hunter.

Separate maintenance—Allowance of solicitor's fees on appeal.
—This court has no power to make an order upon appellant to pay the wife,
complainant in a bill for separate maintenance, a sum as solicitor's fees, to
enable her to defend the case on appeal to this court by her husband.

Appeal from the Circuit Court of Kankakee county; the
Hon. Franklin Blades, Judge, presiding. Opinion filed June
18, 1880.

Mr. J. N. Orr, for appellant.

Mr. C. R. Starr, for appellee.

Per Curiam. This is an appeal by the defendant below
from a decree for separate maintenance.

Appellee here presents her petition for an allowance for solic-
itor's fees for services to be rendered in defending against
said appeal.

The statute on the subject provides that "the court may
grant allowance to enable the wife to prosecute her suit, as in
cases of divorce" (Laws of 1877, p. 115); and the provision in
the Divorce Act is that "in case of appeal or writ of error by
the husband, the court in which the decree or order is rendered
may grant and enforce the payment of such money for her de-
fense as to such court shall seem reasonable and proper: R. S.
1877, p. 415, § 15.

This court can exercise "appellate jurisdiction only," with
"all power and authority necessary to carry into complete ex-
ecution all its judgments, decrees and determinations in all
matters within its jurisdiction, according to the rules and
principles of the common law and of the law of this State:" R
S. 1877, p. 323, §§ 25–26.

We are of opinion that to grant the order here prayed for is

not within the jurisdiction or power so conferred. The petition will therefore be denied.

Petition denied.